UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Wright Pride Family Trust, <br>  *by and through Samuel Wright, Trustee,* <br><br>                           Plaintiff, <br><br> vs. <br><br> J.P. Morgan Chase Bank, N.A., <br> L & K Recovery, LLC, <br>                          Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C/A: 2:25-5972-RMG-TER <br><br><br> ORDER |

      This is a civil action brought by a trust as Plaintiff in state court and a notice of removal filed by defendant. This action is also similar to *Wright Pride Family Trust vs. JP Morgan Chase*, No. 2:25-3377-RMG-TER, which was recommended to be dismissed on June 4, 2025.

      **Wright Pride Family Trust is hereby apprised that it cannot appear *pro se* in this civil action. Plaintiff is not an individual and must retain counsel in order to proceed**. The United States Supreme Court has stated, "the lower courts have uniformly held that 28 U.S.C. § 1654, providing that 'parties may plead and conduct their own cases personally or by counsel,' does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney." *Rowland v. Calif. Men's Colony*, 506 U.S. 194, 202 (1993) (citations omitted). **"A trustee cannot represent a trust *pro se* in federal court."** *Corley v. Leach*, No. 2:23-cv-04935-BHH-MHC, 2024 WL 1558609, at *3 (D.S.C. Mar. 19, 2024), *report and recommendation adopted*, 2024 WL 1557094 (D.S.C. Apr. 10, 2024)(collecting cases). Public records show trustee Samuel Wright is not an attorney.

      It necessarily follows from the jurisprudence prohibiting *pro se* representation that **any pleading filed by a lay person must be disregarded as a nullity if counsel is not retained by the trust. If no counsel is retained, this action may not proceed further.** *Counsel shall file a Notice of Appearance in this action within 30 days from the date of this order.*

      IT IS SO ORDERED.

                                                                                       s/ Thomas E. Rogers, III

June 20, 2025                                                   Thomas E. Rogers, III
Florence, South Carolina                         United States Magistrate Judge